UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In re: | § | Case No. 10-76803-MGD |
|---|---|---|
| | § | |
| LENDXFINANCIAL, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Jason L. Pettie, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $164.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $629,046.56 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $92,890.44 | | |

3) Total gross receipts of $721,937.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $721,937.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $5,500,000.00 | $0.00 | $1,729.70 | $1,729.70 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $92,890.44 | $92,890.44 | $92,890.44 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $237,857.00 | $7,592,284.46 | $7,592,284.46 | $627,316.86 |
| **Total Disbursements** | $5,737,857.00 | $7,685,174.90 | $7,686,904.60 | $721,937.00 |

    4). This case was originally filed under chapter 7 on 06/07/2010. The case was pending for 52 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>11/24/2014</u>        By: <u>/s/ Jason L. Pettie</u>
                                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Wesley Barclay | 1121-000 | $811.00 |
| business checking account - SunTrust | 1129-000 | $26,547.84 |
| business trust account - SunTrust | 1129-000 | $106,928.03 |
| accounts receiveables - secured mortgage loan | 1229-000 | $87,636.54 |
| Fraudulent Transfer Avoidance: 5295 Morton Rd | 1241-000 | $500,000.00 |
| Interest Earned | 1270-000 | $13.59 |
| **TOTAL GROSS RECEIPTS** | | **$721,937.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wesley Barclay | 4700-000 | $0.00 | $0.00 | $1,729.70 | $1,729.70 |
|  | Evangelina Forsberg, | 4110-000 | $5,500,000.00 | $0.00 | $0.00 | $0.00 |
|  | Stuart Law Group, LLC | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$5,500,000.00** | **$0.00** | **$1,729.70** | **$1,729.70** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jason L. Pettie, Trustee | 2100-000 | NA | $39,306.30 | $39,306.30 | $39,306.30 |
| Jason L. Pettie, Trustee | 2200-000 | NA | $156.22 | $156.22 | $156.22 |
| International Sureties, Ltd | 2300-000 | NA | $207.87 | $207.87 | $207.87 |
| International Sureties, Ltd. | 2300-000 | NA | $101.92 | $101.92 | $101.92 |
| unpaid water bill | 2420-000 | NA | $63.52 | $63.52 | $63.52 |
|  | 2500-000 | NA | $25.00 | $25.00 | $25.00 |
| Integrity Bank | 2600-000 | NA | $12,937.43 | $12,937.43 | $12,937.43 |
| US Bankruptcy Court | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| City and County real | 2820-000 | NA | $10,177.45 | $10,177.45 | $10,177.45 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| estate taxes/penalties | | | | | |
| Jason L. Pettie, P.C., Attorney for Trustee | 3110-000 | NA | $2,850.00 | $2,850.00 | $2,850.00 |
| Munger & Stone LLP, Special Counsel for Trustee | 3210-600 | NA | $25,695.73 | $25,695.73 | $25,695.73 |
| Stonebridge Accounting Strategies, Inc., Accountant for Trustee | 3410-000 | NA | $1,119.00 | $1,119.00 | $1,119.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $92,890.44 | $92,890.44 | $92,890.44 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | Frank Thrift | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $2,065.64 |
| 2 | Aaron Wise | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $2,065.64 |
| 3 | Munger & Stone LLP | 7100-000 | $0.00 | $584,000.00 | $584,000.00 | $48,253.33 |
| 4 | Damon Smith | 7100-000 | $0.00 | $150,000.00 | $150,000.00 | $12,393.84 |
| 5 | Evangeline Forsberg | 7100-000 | $0.00 | $6,357,000.00 | $6,357,000.00 | $525,250.77 |
| 6 | Stuart & Johnston, LLC & | 7100-000 | $0.00 | $451,284.46 | $451,284.46 | $37,287.64 |
| | CBeyond | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| | CT Corporation | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| | FedEx | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| | First American Corelogic | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| | Habif, Arogeti & Wynn, LLP | 7100-000 | $180,000.00 | $0.00 | $0.00 | $0.00 |
| | Landsafe | 7100-000 | $10,239.00 | $0.00 | $0.00 | $0.00 |
| | Macey, Wilensky, Kessler & Hennings, LLC | 7100-000 | $8,118.00 | $0.00 | $0.00 | $0.00 |
| | MERS Inc. | 7100-000 | $13,000.00 | $0.00 | $0.00 | $0.00 |
| | Oxley Goldburn Insurance | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $237,857.00 | $7,592,284.46 | $7,592,284.4 | $627,316.86 |

UST Form 101-7-TDR (10/1/2010)

6

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 10-76803-MGD | | Trustee Name: | Jason L. Pettie |
| Case Name: | LENDXFINANCIAL, LLC | | Date Filed (f) or Converted (c): | 06/07/2010 (f) |
| For the Period Ending: | 11/24/2014 | | §341(a) Meeting Date: | 07/12/2010 |
| | | | Claims Bar Date: | 12/01/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  business checking account - SunTrust | $26,351.00 | $26,547.84 | | $26,547.84 | FA |
| 2  business trust account - Bank of America | $102.00 | $0.00 | | $0.00 | FA |
| 3  business trust account - SunTrust | $108,090.00 | $106,928.03 | | $106,928.03 | FA |
| 4  gut mip funding fee - SunTrust | $62.00 | $0.00 | | $0.00 | FA |
| 5  accounts receiveables - secured mortgage loan (u) | $0.00 | $100,000.00 | | $87,636.54 | FA |
| 6  Fraudulent Transfer Avoidance: 5295 Morton Rd (u) | $600,000.00 | $500,000.00 | | $500,000.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $13.59 | FA |

**TOTALS (Excluding unknown value)**         **Gross Value of Remaining Assets**

$734,605.00    $733,475.87    $721,126.00    $0.00

**Major Activities affecting case closing:**

prepare distribution, submit TFR

monitor realtor's progress in marketing and selling property in Alpharetta, Ga

monitor adversary proceeding regarding avoidance of transfer to insider

Initial Projected Date Of Final Report (TFR):    09/30/2011    Current Projected Date Of Final Report (TFR):    11/30/2013    /s/ JASON L. PETTIE

JASON L. PETTIE

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-76803-MGD | | Trustee Name: | Jason L. Pettie |
|---|---|---|---|---|
| Case Name: | LENDXFINANCIAL, LLC | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7054 | | Checking Acct #: | ******6803 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 6/7/2010 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 11/24/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/10/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $87,650.13 | | $87,650.13 |
| 08/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $100.33 | $87,549.80 |
| 09/30/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $136.66 | $87,413.14 |
| 10/31/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $140.99 | $87,272.15 |
| 11/03/2011 | (1) | State Court of Gwinnett County | | 1129-000 | $26,547.84 | | $113,819.99 |
| 11/30/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $168.00 | $113,651.99 |
| 12/30/2011 | | Integrity Bank | Bank Service Fee | 2600-000 | | $183.31 | $113,468.68 |
| 01/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $183.02 | $113,285.66 |
| 02/22/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $101.92 | $113,183.74 |
| 02/29/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $170.93 | $113,012.81 |
| 03/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $182.31 | $112,830.50 |
| 04/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $176.12 | $112,654.38 |
| 05/31/2012 | (3) | SunTrust Bank | payment for closed bank account | 1129-000 | $257.87 | | $112,912.25 |
| 05/31/2012 | (3) | SunTrust | payment for closed bank account | 1129-000 | $106,670.16 | | $219,582.41 |
| 05/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $181.70 | $219,400.71 |
| 06/27/2012 | 5002 | Wesley Barclay | payment of admin expense approved by order no. 58 (motion no. 50) | * | | $918.70 | $218,482.01 |
| | | | reimbursement for property taxes paid $(1,729.70) | 4700-000 | | | $218,482.01 |
| | | | due from payee for monthly note payment $811.00 | 1121-000 | | | $218,482.01 |
| 06/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $320.21 | $218,161.80 |
| 07/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $352.07 | $217,809.73 |
| 08/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $351.31 | $217,458.42 |
| 09/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $339.43 | $217,118.99 |
| 10/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $350.20 | $216,768.79 |
| 11/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $338.35 | $216,430.44 |
| 12/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $349.09 | $216,081.35 |
| 01/18/2013 | 5003 | Munger & Stone LLP | special counsel fees (#61) | 3210-600 | | $25,695.73 | $190,385.62 |
| | | | **SUBTOTALS** | | **$221,126.00** | **$30,740.38** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-76803-MGD | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | LENDXFINANCIAL, LLC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7054 | Checking Acct #: | ******6803 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/7/2010 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 11/24/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $337.82 | $190,047.80 |
| 02/28/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $276.87 | $189,770.93 |
| 03/14/2013 | 5004 | International Sureties, Ltd | Bond Payment | 2300-000 | | $207.87 | $189,563.06 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $305.97 | $189,257.09 |
| 04/22/2013 | | Mclain & Merritt PC | funds from closing on sale of Morton Rd property | * | $489,734.03 | | $678,991.12 |
| | {6} | | $500,000.00 | 1241-000 | | | $678,991.12 |
| | | | $(25.00) | 2500-000 | | | $678,991.12 |
| | | | unpaid water bill  $(63.52) | 2420-000 | | | $678,991.12 |
| | | | City and County real estate taxes/penalties  $(10,177.45) | 2820-000 | | | $678,991.12 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $473.78 | $678,517.34 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,094.41 | $677,422.93 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,057.39 | $676,365.54 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,090.93 | $675,274.61 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,089.17 | $674,185.44 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,052.34 | $673,133.10 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,085.72 | $672,047.38 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,049.00 | $670,998.38 |
| 03/11/2014 | 5005 | Jason L. Pettie | Trustee Compensation | 2100-000 | | $39,306.30 | $631,692.08 |
| 03/11/2014 | 5006 | Jason L. Pettie | Trustee Expenses | 2200-000 | | $156.22 | $631,535.86 |
| 03/11/2014 | 5007 | US Bankruptcy Court | Claim #: 7; Amount Claimed: 250.00; Amount Allowed: 250.00; Dividend: 0.03; | 2700-000 | | $250.00 | $631,285.86 |
| 03/11/2014 | 5008 | Jason L. Pettie, P.C. | Claim #: ; Amount Claimed: 2,850.00; Amount Allowed: 2,850.00; Dividend: 0.42; | 3110-000 | | $2,850.00 | $628,435.86 |
| 03/11/2014 | 5009 | Stonebridge Accounting Strategies, Inc. | Claim #: ; Amount Claimed: 1,119.00; Amount Allowed: 1,119.00; Dividend: 0.16; | 3410-000 | | $1,119.00 | $627,316.86 |
| 03/11/2014 | 5010 | Frank Thrift | Claim #: 1; Amount Claimed: 25,000.00; Amount Allowed: 25,000.00; Dividend: 0.30; | 7100-000 | | $2,065.64 | $625,251.22 |
| | | | | **SUBTOTALS** | $489,734.03 | $54,868.43 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-76803-MGD | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | LENDXFINANCIAL, LLC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7054 | Checking Acct #: | ******6803 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/7/2010 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 11/24/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/11/2014 | 5011 | Aaron Wise | Claim #: 2; Amount Claimed: 25,000.00; Amount Allowed: 25,000.00; Dividend: 0.30; | 7100-000 | | $2,065.64 | $623,185.58 |
| 03/11/2014 | 5012 | Munger & Stone LLP | Claim #: 3; Amount Claimed: 584,000.00; Amount Allowed: 584,000.00; Dividend: 7.19; | 7100-000 | | $48,253.33 | $574,932.25 |
| 03/11/2014 | 5013 | Damon Smith | Claim #: 4; Amount Claimed: 150,000.00; Amount Allowed: 150,000.00; Dividend: 1.84; | 7100-000 | | $12,393.84 | $562,538.41 |
| 03/11/2014 | 5014 | Evangeline Forsberg | Claim #: 5; Amount Claimed: 6,357,000.00; Amount Allowed: 6,357,000.00; Dividend: 78.27; | 7100-000 | | $525,250.77 | $37,287.64 |
| 03/11/2014 | 5015 | Stuart & Johnston, LLC & | Claim #: 6; Amount Claimed: 451,284.46; Amount Allowed: 451,284.46; Dividend: 5.55; | 7100-000 | | $37,287.64 | $0.00 |
| 04/24/2014 | 5015 | STOP PAYMENT: Stuart & Johnston, LLC & | did not receive check - received new address from creditor | 7100-004 | | ($37,287.64) | $37,287.64 |
| 04/24/2014 | 5016 | Stuart & Johnston, LLC & | Claim #: 6; Amount Claimed: 451,284.46; Amount Allowed: 451,284.46; Dividend: 5.55; | 7100-000 | | $37,287.64 | $0.00 |
| | | | **TOTALS:** | | $710,860.03 | $710,860.03 | $0.00 |
| | | | Less: Bank transfers/CDs | | $87,650.13 | $0.00 | |
| | | | Subtotal | | $623,209.90 | $710,860.03 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $623,209.90 | $710,860.03 | |

| For the period of 6/7/2010 to 11/24/2014 | | For the entire history of the account between 08/10/2011 to 11/24/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $634,286.87 | Total Compensable Receipts: | $634,286.87 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $634,286.87 | Total Comp/Non Comp Receipts: | $634,286.87 |
| Total Internal/Transfer Receipts: | $87,650.13 | Total Internal/Transfer Receipts: | $87,650.13 |
| Total Compensable Disbursements: | $721,937.00 | Total Compensable Disbursements: | $721,937.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $721,937.00 | Total Comp/Non Comp Disbursements: | $721,937.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-76803-MGD | | Trustee Name: | Jason L. Pettie |
| Case Name: | LENDXFINANCIAL, LLC | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***7054 | | Money Market Acct #: | ******6803 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/7/2010 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 11/24/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/01/2010 | (5) | Wes & Melissa Barclay | mortgage payment | 1121-000 | $841.13 | | $841.13 |
| 10/01/2010 | (5) | Wes & Melissa Barclay | mortgage payment | 1121-000 | $395.41 | | $1,236.54 |
| 10/04/2010 | (5) | Wes & Melissa Barclay | payment for mortgage | 1121-000 | $850.00 | | $2,086.54 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.07 | | $2,086.61 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.09 | | $2,086.70 |
| 12/02/2010 | (5) | Wes Barclay | mortgage payment | 1129-000 | $850.00 | | $2,936.70 |
| 12/21/2010 | (5) | Wes & Melissa Barclay | mortgage payment | 1229-000 | $850.00 | | $3,786.70 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.13 | | $3,786.83 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.16 | | $3,786.99 |
| 02/02/2011 | (5) | Wes & Melissa Barclay | | 1121-000 | $850.00 | | $4,636.99 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.17 | | $4,637.16 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.20 | | $4,637.36 |
| 04/21/2011 | (5) | Law Office of Kenneth Luther | payment for sale of note/security deed | 1229-000 | $83,000.00 | | $87,637.36 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.65 | | $87,638.01 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $3.72 | | $87,641.73 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $3.60 | | $87,645.33 |
| 07/29/2011 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $3.72 | | $87,649.05 |
| 08/10/2011 | (INT) | Sterling Bank | Interest Earned For August 2011 | 1270-000 | $1.08 | | $87,650.13 |
| 08/10/2011 | | Integrity Bank | Transfer Funds | 9999-000 | | $87,650.13 | $0.00 |

| | | | | SUBTOTALS | $87,650.13 | $87,650.13 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-76803-MGD | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | LENDXFINANCIAL, LLC | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***7054 | Money Market Acct #: | ******6803 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/7/2010 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 11/24/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $87,650.13 | $87,650.13 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $87,650.13 | |
| | | | Subtotal | | $87,650.13 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $87,650.13 | $0.00 | |

**For the period of 6/7/2010 to 11/24/2014**

| | |
|---|---|
| Total Compensable Receipts: | $87,650.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $87,650.13 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $87,650.13 |

**For the entire history of the account between 10/01/2010 to 11/24/2014**

| | |
|---|---|
| Total Compensable Receipts: | $87,650.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $87,650.13 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $87,650.13 |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 10-76803-MGD | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | LENDXFINANCIAL, LLC | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***7054 | Money Market Acct #: | ******6803 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/7/2010 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 11/24/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $710,860.03 | $710,860.03 | $0.00 |

**For the period of 6/7/2010 to 11/24/2014**

| | |
|---|---|
| Total Compensable Receipts: | $721,937.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $721,937.00 |
| Total Internal/Transfer Receipts: | $87,650.13 |
| | |
| Total Compensable Disbursements: | $721,937.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $721,937.00 |
| Total Internal/Transfer Disbursements: | $87,650.13 |

**For the entire history of the case between 06/07/2010 to 11/24/2014**

| | |
|---|---|
| Total Compensable Receipts: | $721,937.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $721,937.00 |
| Total Internal/Transfer Receipts: | $87,650.13 |
| | |
| Total Compensable Disbursements: | $721,937.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $721,937.00 |
| Total Internal/Transfer Disbursements: | $87,650.13 |